# United States District Court
## Violation Notice

CVB Location Code: **MD 39**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6756113 | ABBINGTON C. | 156D |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/08/2019  1616 | 45 CFR 3.42(g) |

Place of Offense: **CVIF (NIH)**

Offense Description: Factual Basis for Charge — HAZMAT ☐

CARRYING OR POSSESSION OF ANY FIREARM OR EXPLOSIVES, EITHER OPENLY OR CONCEALED (EXCEPT BY LAW ENFORCEMENT OFFICERS ON OFFICIAL BUSINESS)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| POWER | CURTIS | D |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UTD 8239 | VA | 20 | CHEVY | 4 | WHITE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. See INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident